**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| EDWARD LEE BILLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-12-354-M |
| | ) | |
| JUSTIN JONES, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>ORDER</u>**

On July 18, 2012, United States Magistrate Judge Bana Roberts issued a Report and

Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas

corpus.  The Magistrate Judge recommended that respondent's motion to dismiss be denied as to

petitioner's first ground for relief regarding his disciplinary misconduct for possession of THC and

granted as to all remaining claims.  The parties were advised of their right to object to the Report

and Recommendation by August 7, 2012.  On July 19, 2012, respondent filed his objection.

Having carefully reviewed this matter <u>de</u> <u>novo</u>, the Court:

(1)     ADOPTS the Report and Recommendation issued by the Magistrate Judge on July
        18, 2012, and

(2)     GRANTS IN PART and DENIES IN PART respondent's Motion to Dismiss Petition
        for Writ of Habeas Corpus [docket no. 8] as follows: the motion to dismiss is denied
        as to petitioner's first ground for relief regarding his disciplinary misconduct for
        possession of THC and is granted as to all remaining claims.

**IT IS SO ORDERED this 21st day of August, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE