# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDWARD LEE BILLEY, | ) |
|                 Petitioner, | ) |
| vs. | ) Case No. CIV-12-354-M |
| JUSTIN JONES, | ) |
|                 Respondent. | ) |

## ORDER

On May 16, 2013, United States Magistrate Judge Suzanne Mitchell issued a Second Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's first ground for habeas corpus relief regarding his disciplinary misconduct for possession of THC be denied. The parties were advised of their right to object to the Report and Recommendation by June 6, 2013. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 20] issued by the Magistrate Judge on May 16, 2013;

(2) DENIES petitioner's first ground for habeas corpus relief regarding his disciplinary misconduct for possession of THC, and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 11th day of June, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE